IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

__John R. Cash Revocable Trust__,
    Plaintiff(s),

v.                                       Case No. __3:25-cv-01373__

__The Coca-Cola Company__,
    Defendant(s).

**BUSINESS ENTITY DISCLOSURE STATEMENT**
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by __the John R. Cash Revocable Trust__. The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

    1.    This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____ with a principal place of business in the state of _____.

    2.    This party or intervenor is a privately held corporation, incorporated in the state of _____ with a principal place of business in the state of _____. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

_____
_____.

    3.    Is this party or intervenor a parent or subsidiary of another corporation or corporations?

    ____ YES     _X_ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

_____
_____.

4. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

\_\_\_\_ YES    **X**  NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____
_____.

5. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

\_\_\_\_ YES    **X**  NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____
_____.

6. If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

Catherine C. Sullivan
_____ .

**Provide any additional pertinent information on attached page(s).**

Date: 12/03/2025    Signature: s/ Tim Warnock  (TN Bar No. 12844)

Printed Name: Tim Warnock

Title: Counsel for the John R. Cash Revocable Trust

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via U.S. Mail upon:

The Coca-Cola Company
c/o CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

this the 3rd day of December, 2025.

s/ Tim Warnock