LOEB & LOEB LLP 345 PARK AVENUE NEW YORK, NY 10154

# AFFIDAVIT OF SERVICE

Client's File No.:
Civil Action No.: 3:25-cv-01373
Date Filed: November 25, 2025
Court Date:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

JOHN R. CASH REVOCABLE TRUST



*Plaintiff*

vs
THE COCA-COLA COMPANY

*Defendant*

STATE OF TENNESEE COUNTY OF NASSAU SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Tennessee

That on the following date: November 26, 2025, at the following time: 2:24 PM,
at 300 MONTVUE ROAD, KNOXVILLE, TN 37919 deponent served the within Attorney Demand Letter dated November 26, 2025, Summons in a Civil Action, Complaint, Civil Cover Sheet and Notice of Setting of Initial Case Management Conference

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: THE COCA-COLA COMPANY C/O CT CORPORATION SYSTEM

**Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

**Responsible Person** By delivering to and leaving with _____, _____ (Relationship)
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

**Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

**Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

**Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient**
Gender: Female   Race: White   Color of hair: Brown   Age: 26 - 35 Yrs.   Height: 5ft 4inch - 5ft 8inch
Weight: 100-130 Lbs.   Other Features:

**Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____.
on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Other

Sworn to before me on 12/2/25

*Frederick Logan Jackson*

*[signature]*
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Jared Lawrence
PROCESS SERVER LICENSE #

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA    Work Order # 1506817

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served via U.S. Mail upon:

The Coca-Cola Company
c/o CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

this the 3rd day of December, 2025.

                                                                         s/ Tim Warnock