UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

---

**JOHN R. CASH REVOCABLE TRUST.,**

    Plaintiff,

v.                                              No.: 3:25-cv-01373

**THE COCA-COLA COMPANY,**                 **JURY DEMAND**

    Defendant.

---

## NOTICE OF APPEARANCE

---

COMES NOW, Philip M. Kirkpatrick, with the law firm Adams and Reese LLP, and gives notice of his appearance as counsel for Defendant The Coca-Cola Company and requests that he be served with all notices and filings in this matter.

Respectfully submitted this 19th day of December, 2025.

                                          Respectfully submitted,

                                          **ADAMS AND REESE LLP**

                                          */s/ Philip M. Kirkpatrick*
                                          Philip M. Kirkpatrick (TN BPR No. 006161)
                                          1600 West End Ave., Ste. 1400
                                          Nashville, TN 37203
                                          (615)259-1450
                                          phil.kirkpatrick@arlaw.com

                                          *Counsel for Defendant*
                                          *The Coca-Cola Company*

# CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that a copy of the foregoing document was served upon the counsel for the Plaintiff via the Court's CM/ECF system:

  Tim Warnock (TN Bar No. 12844)
  LOEB & LOEB LLP
  35 Music Square East, Suite 310
  Nashville, TN 37203
  (615) 749-8300
  (615) 749-8308 (facsimile)
  twarnock@loeb.com

  Keane Barger (TN Bar No. 33196)
  LOEB & LOEB LLP
  901 New York Avenue NW
  Suite 300 East
  Washington, DC 20001
  (202) 618-5000
  (202) 618-5001 (facsimile)
  kbarger@loeb.com

  *Attorneys for Plaintiff*

          */s/Philip M. Kirkpatrick*
          **Philip M. Kirkpatrick**