MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN R. CASH REVOCABLE TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE COCA-COLA COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 3:25-cv-01373 <br><br> JURY DEMAND |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, The Coca-Cola Company ("Defendant"), by and through counsel, and pursuant to Fed. R. Civ. P. 6(b) and LR6.01(a), files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Defendant hereby moves the Court for entry of an Order extending the time within which the Defendant must respond to the Complaint from **December 17, 2025** to **January 17, 2026**, and for grounds states as follows:

1. Defendant requests the additional time in order to work with its lead and local counsel, only recently engaged, in order to prepare the response to the Complaint;

2. Defendant reached out to Plaintiff's counsel to request agreement to this extension, and Plaintiff's counsel agreed, and requested to review this Motion and Proposed Order submitted herewith prior to Defendant filing, which has occurred, and Plaintiff's counsel has authorized undersigned Defense Counsel to represent to the Court that Plaintiff has no opposition to this Motion for Extension;

3. This Motion is not filed to cause unnecessary delay and is not prejudicial to either party.

WHEREFORE, for good cause shown, Defendant requests that the Court enter an Order extending the time within which for Defendant to respond to the Complaint from December 17, 2025 to January 17, 2026, and submits a Proposed Order to that effect herewith, as to which counsel for the Plaintiff has no opposition.

Respectfully Submitted,

**ADAMS AND REESE LLP**

*/s/ Philip M. Kirkpatrick*
Philip M. Kirkpatrick (TN Bar No. 006161)
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450
Fascimile: (615) 259-1470
phil.kirkpatrick@arlaw.com

*Counsel for Defendant*
*The Coca-Cola Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the CM/ECF system upon the following counsel of record:

Tim Warnock (TN Bar No. 12844)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com

Keane Barger (TN Bar No. 33196)
LOEB & LOEB LLP
901 New York Avenue NW
Suite 300 East
Washington, DC 20001
(202) 618-5000
(202) 618-5001 (facsimile)
kbarger@loeb.com

*Attorneys for Plaintiff*

*/s/ Philip M. Kirkpatrick*
**Philip M. Kirkpatrick**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN R. CASH REVOCABLE TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE COCA-COLA COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 3:25-cv-01373 <br><br> JURY DEMAND |

**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

This matter is before the Court upon Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"). The Court, having reviewed the Motion, and accordingly, hereby finds that good grounds exist to grant it,

ACCORDINGLY, it is ORDERED and ADJUDGED as follows:

1. The Motion is hereby **GRANTED**; and

2. Defendant The Coca-Cola Company shall have up to and including **January 17, 2026**, to respond to the Complaint.

It is so **ORDERED**.

ENTERED this the ___ day of _____, 2025.

_____
United States District Judge or
United States Magistrate Judge

Approved for Entry:

**ADAMS AND REESE LLP**


*/s/ Philip M. Kirkpatrick*
**ADAMS AND REESE LLP**


*/s/ Philip M. Kirkpatrick*
Philip M. Kirkpatrick (TN Bar No. 006161)
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450
Fascimile: (615) 259-1470
phil.kirkpatrick@arlaw.com

*Counsel for Defendant*
*The Coca-Cola Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the CM/ECF system upon the following counsel of record:

Tim Warnock (TN Bar No. 12844)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com

Keane Barger (TN Bar No. 33196)
LOEB & LOEB LLP
901 New York Avenue NW
Suite 300 East
Washington, DC 20001
(202) 618-5000
(202) 618-5001 (facsimile)
kbarger@loeb.com

*Attorneys for Plaintiff*

>*/s/ Philip M. Kirkpatrick*
>**Philip M. Kirkpatrick**