IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN R. CASH REVOCABLE TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE COCA-COLA COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 3:25-cv-01373 <br> Judge Waverly D. Crenshaw Jr. <br> Magistrate Judge Jeffery S. Frensley <br><br> JURY DEMAND |

## DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, The Coca-Cola Company ("Defendant"), by and through counsel, and pursuant to Fed. R. Civ. P. 6(b) and LR6.01(a), files this Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Defendant hereby moves the Court for entry of an Order extending the time within which the Defendant must respond to the Complaint from **January 17, 2026** to **March 2, 2026**, and for grounds states as follows:

1. On December 19, 2025, Defendant filed an Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint [Doc. No. 11], which the Court granted on December 22, 2025 [Doc. No. 12];

2. Defendant respectfully requests further additional time to prepare its response to the Complaint;

3. Defendant's counsel has communicated with Plaintiff's counsel to request agreement to this extension, and Plaintiff's counsel has authorized undersigned Defense Counsel to represent to the Court that Plaintiff has no opposition to this Second Motion for Extension;

4. This Motion is not filed to cause unnecessary delay, is not prejudicial to either party, and will not impact the Initial Case Management Conference set for March 5, 2026 at 9:30 AM [Doc. No. 6].

WHEREFORE, for good cause shown, Defendant requests that the Court enter an Order extending the time within which for Defendant to respond to the Complaint from January 17, 2026, to March 2, 2026.

Respectfully Submitted,

**ADAMS AND REESE LLP**

*/s/ Philip M. Kirkpatrick*
Philip M. Kirkpatrick (TN Bar No. 006161)
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450
Fascimile: (615) 259-1470
phil.kirkpatrick@arlaw.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the CM/ECF system upon the following counsel of record:

Tim Warnock (TN Bar No. 12844)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com

Keane Barger (TN Bar No. 33196)
LOEB & LOEB LLP
901 New York Avenue NW
Suite 300 East
Washington, DC 20001
(202) 618-5000
(202) 618-5001 (facsimile)
kbarger@loeb.com

*Attorney for Plaintiff*

*/s/ Philip M. Kirkpatrick*
**Philip M. Kirkpatrick**