## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOHN R. CASH REVOCABLE TRUST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 3:25-cv-01373** |
| **v.** | ) | **Judge Waverly D. Crenshaw Jr.** |
| | ) | **Magistrate Judge Jeffery S. Frensley** |
| | ) | |
| **THE COCA-COLA COMPANY,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant, The Coca-Cola Company ("Defendant"), by and through counsel, and pursuant to Fed. R. Civ. P. 6(b) and LR6.01(a), files this Third Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Defendant hereby moves the Court for entry of an Order extending the time within which the Defendant must respond to the Complaint from **March 2, 2026** to **May 1, 2026**, and for grounds states as follows:

1.     On December 19, 2025, Defendant filed an Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint [Doc No. 11], which the Court granted on December 22, 2025 [Doc. No. 12];

2.     On January 16, 2026 Defendant filed a Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint [Doc No. 13], which the Court granted on January 20, 2026 [Doc. No. 14];

3.     Defendant respectfully requests further additional time to prepare its response to the Complaint;

1

4. Defendant's counsel has communicated with Plaintiff's counsel to request agreement to this extension, and Plaintiff's counsel has authorized undersigned Defense Counsel to represent to the Court that Plaintiff has no opposition to this Third Motion for Extension, provided, however, that absent exigent circumstances, Plaintiff intends to oppose any future requests from Defendant for additional time to respond to the Complaint;

5. This Motion is not filed to cause unnecessary delay, is not prejudicial to either party, and will not impact the Initial Case Management Conference set for March 5, 2026 at 9:30 AM [Doc. No. 6]. Rather, Defendant makes this request, with Plaintiff's concurrence, in consideration of defense counsel's upcoming trial. In addition, the parties are engaged in discussions regarding their discovery plan pursuant to Rule 26(f), including timing and preparation of Rule 26(a) disclosures and preparation of the joint proposed Initial Case Management Order.

WHEREFORE, for good cause shown, Defendant requests that the Court enter an Order extending the time within which for Defendant to respond to the Complaint from March 2, 2026 to May 1, 2026.

Respectfully Submitted,

**ADAMS AND REESE LLP**

*/s/ Philip M. Kirkpatrick*
Philip M. Kirkpatrick (TN Bar No. 006161)
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450
Fascimile: (615) 259-1470
phil.kirkpatrick@arlaw.com

*Counsel for Defendant*
*The Coca-Cola Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the CM/ECF system upon

the following counsel of record:

Tim Warnock (TN Bar No. 12844)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com

Keane Barger (TN Bar No. 33196)
LOEB & LOEB LLP
901 New York Avenue NW
Suite 300 East
Washington, DC 20001
(202) 618-5000
(202) 618-5001 (facsimile)
kbarger@loeb.com

*Attorneys for Plaintiff*

*/s/ Philip M. Kirkpatrick*

**Philip M. Kirkpatrick**

3