**GRANTED.** The Defendant has up to an until **May 8, 2026** to file an Answer to Plaintiff's Complaint or other responsive pleading.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOHN R. CASH REVOCABLE TRUST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 3:25-cv-01373** |
| **v.** | ) | **Judge Waverly D. Crenshaw Jr.** |
| | ) | **Magistrate Judge Jeffery S. Frensley** |
| | ) | |
| **THE COCA-COLA COMPANY,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant, The Coca-Cola Company ("Defendant"), by and through counsel, and pursuant to Fed. R. Civ. P. 6(b) and LR6.01(a), files this Fourth Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Defendant hereby moves the Court for entry of an Order extending the time within which the Defendant must respond to the Complaint from **May 1, 2026** to **May 8, 2026**, and for grounds states as follows:

1. On December 19, 2025, Defendant filed an Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint [Doc No. 11], which the Court granted on December 22, 2025 [Doc. No. 12];

2. On January 16, 2026 Defendant filed a Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint [Doc No. 13], which the Court granted on January 20, 2026 [Doc. No. 14];

3. On February 27, 2026 Defendant filed a Third Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint [Doc No. 15], which the Court granted on March 2, 2026 [Doc No. 16];