JOHN R. CASH REVOCABLE TRUST,

      Plaintiff,

v.

THE COCA-COLA COMPANY,

      Defendant.

No.: 3:25-cv-01373

Judge Waverly D. Crenshaw, Jr.

Magistrate Judge Jeffrey S. Frensley

JURY DEMAND

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant The Coca-Cola Company ("TCCC"), by and through undersigned counsel, pursuant to Local Rule 83.01, respectfully moves the Court for entry of an Order substituting Elana Nightingale Dawson, Andrew Gass, and Sarang Damle of the law firm Latham & Watkins LLP as counsel of record for TCCC in place of Sanford Michelman and Todd Stitt of the law firm Michelman & Robinson, LLP, and in support thereof states as follows:

1.      Sanford Michelman and Todd Stitt of the law firm Michelman & Robinson, LLP are currently counsel of record for TCCC.

2.      Attorneys Elana Nightingale Dawson, Andrew Gass, and Sarang Damle of the law firm Latham & Watkins LLP are being substituted, subject to the approval of the Court, as counsel of record in place of Sanford Michelman and Todd Stitt of Michelman & Robinson, LLP. Sanford Michelman and Todd Stitt of Michelman & Robinson, LLP are therefore withdrawing and shall no longer be counsel of record in this matter.

3.      Motions for the admission pro hac vice of Elana Nightingale Dawson, Andrew

1

Gass, and Sarang Damle were filed with this Court [Doc. No. 29–31] and were granted on May 27, 2026 [Doc. No. 32].

4.      Philip M. Kirkpatrick and Stacia M. Daigle of the law firm Adams and Reese LLP will remain as local counsel of record for TCCC.

5.      TCCC consents to this substitution of counsel, and counsel for Plaintiff has been notified of this motion.

WHEREFORE, TCCC respectfully requests entry of an order granting this Motion for Substitution of Counsel and substituting Elana Nightingale Dawson, Andrew Gass, and Sarang Damle of Latham & Watkins LLP as counsel of record for TCCC in place of Sanford Michelman and Todd Stitt of Michelman & Robinson, LLP.

Dated: June 1, 2026                     Respectfully submitted,

*/s/ Philip M. Kirkpatrick*
Philip M. Kirkpatrick (TN BPR No. 006161)
Stacia M. Daigle (TN BPR No. 038533)
Adams and Reese LLP
1600 West End Ave., Ste. 1400
Nashville, TN 37203
(615) 259-1450
phil.kirkpatrick@arlaw.com
stacia.daigle@arlaw.com

*/s/ Andrew Gass*
Andrew Gass (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
(415) 394-0600
andrew.gass@lw.com

Sarang Damle (*pro hac vice*)
Elana Nightingale Dawson (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004

2

(202) 637-2200
sy.damle@lw.com
elana.nightingaledawson@lw.com

*Counsel for Defendant The Coca-Cola Company*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via the CM/ECF system upon

the following counsel of record:

Tim Warnock (TN Bar No. 12844)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com

Keane Barger (TN Bar No. 33196)
LOEB & LOEB LLP
901 New York Avenue NW
Suite 300 East
Washington, DC 20001
(202) 618-5000
(202) 618-5001 (facsimile)
kbarger@loeb.com

*Attorneys for Plaintiff*

*/s/ Philip M. Kirkpatrick*
**Philip M. Kirkpatrick**

4