MOTION GRANTED.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JOHN R. CASH REVOCABLE TRUST,** **Plaintiff,** v. **THE COCA-COLA COMPANY,** **Defendant.** | **Case No. 3:25-cv-01373** **Judge Waverly D. Crenshaw, Jr.** **Magistrate Judge Jeffery S. Frensley** |

## JOINT MOTION TO EXTEND DEADLINE
## TO AMEND PLEADINGS OR ADD PARTIES

Plaintiff John R. Cash Revocable Trust and Defendant The Coca-Cola Company (collectively, the "Parties") respectfully submit this joint motion to extend the deadline to amend the pleadings. In support, the Parties respectfully state as follows:

1. On March 5, 2026, the Court entered an initial case management order. Dkt. 22.

2. Under the initial case management order, any motion to amend the complaint or to add parties must be filed no later than July 3, 2026. *Id.* at 4 (¶ H).

3. The Parties respectfully request that the deadline to amend the pleadings or add parties be extended by thirty (30) days, to and including August 3, 2026.

4. Good cause exists to extend the deadline to amend the pleadings or add parties,

5. and this request for an extension is not made for any dilatory purpose.

WHEREFORE, the Parties respectfully request that this Court extend the deadline to file any motion to amend pleadings or to add parties to **August 3, 2026**.

1

Dated July 1, 2026

Respectfully submitted,

*/s/ Keane Barger*
Tim Warnock (12844)
Keane Barger (33196)
LOEB & LOEB LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com
kbarger@loeb.com

*Counsel for Plaintiff*

*/s/ Philip M. Kirkpatrick*
Philip M. Kirkpatrick (TN 006161)
Stacia M. Daigle (TN 038533)
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, TN 37203
phil.kirkpatrick@arlaw.com
stacia.daigle@arlaw.com

Andrew M. Gass (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
(415) 391-0600
andrew.gass@lw.com

Sarang V. Damle (*pro hac vice*)
Elana Nightingale Dawson (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200
sy.damle@lw.com
elana.nightingaledawson@lw.com

*Counsel for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of July 2026, a copy of the foregoing has been served

via the CM/ECF system upon the following counsel of record:

Tim Warnock (TN Bar No. 12844)
Loeb & Loeb LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com

Keane Barger (TN Bar No. 33196)
Loeb & Loeb LLP
901 New York Avenue NW
Suite 300 East
Washington, DC 20001
(202) 618-5000
(202) 618-5001 (facsimile)
kbarger@loeb.com

*Attorneys for Plaintiff*

*/s/ Philip M. Kirkpatrick*
**Philip M. Kirkpatrick**

3