MOTION GRANTED.



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JOHN R. CASH REVOCABLE TRUST,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE COCA-COLA COMPANY,**<br><br>**Defendant.** | **Case No. 3:25-cv-01373**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br>**Magistrate Judge Jeffery S. Frensley**<br><br>**JURY DEMAND** |

**JOINT MOTION TO EXTEND DEADLINE TO**
**AMEND PLEADINGS OR ADD PARTIES**

Plaintiff John R. Cash Revocable Trust and Defendant The Coca-Cola Company (collectively, the "Parties") respectfully submit this joint motion to extend the deadline to amend the pleadings. In support, the Parties respectfully state as follows:

1. On March 5, 2026, the Court entered an initial case management order. Dkt. 22.

2. Under the initial case management order, any motion to amend the complaint or to add parties must be filed no later than July 3, 2026. *Id.* at 4 (¶ H).

3. On July 1, 2026, the Parties filed a Joint Motion to Extend Deadline to Amend Pleadings or Add Parties. Dkt. 35.

4. The Court granted the Motion on July 2, 2026 extending the deadline to August 3, 2026. Dkt. 36.

5. On July 24, 2026, the Parties filed a Joint Motion to Extend Deadline to Amend Pleadings or Add Parties. Dkt. 37. The Court has not entered an Order regarding that Motion.

6. The Parties respectfully further request that the deadline to amend pleadings or add parties be extended to August 17, 2026.

7. Good cause exists to extend the deadline to amend the pleadings or add parties.

8. And this request for an extension is not made for any dilatory purpose.

WHEREFORE, the Parties respectfully request that this Court extend the deadline to file any motion to amend pleadings or to add parties to **August 17, 2026**.

Respectfully submitted,

s/ Tim Warnock
Tim Warnock (12844)
Keane Barger (33196)
Loeb & Loeb LLP
35 Music Square East, Suite 310
Nashville, TN 37203
(615) 749-8300
(615) 749-8308 (facsimile)
twarnock@loeb.com
kbarger@loeb.com

*Counsel for Plaintiff*

s/ Phillip M. Kirkpatrick
Andrew M. Gass (*pro hac vice*)
Latham & Watkins LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111
andrew.gass@lw.com

Sarang V. Damle (*pro hac vice*)
Elana Nightingale Dawson (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com
elana.nightingaledawson@lw.com

Philip M. Kirkpatrick (TN 006161)
Stacia M. Daigle (TN 038533)
Adams and Reese LLP
1600 West End Avenue, Suite 1400
Nashville, TN 37203
phil.kirkpatrick@arlaw.com
stacia.daigle@arlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system upon:

Philip M. Kirkpatrick
Stacia M. Daigle
Adams and Reese LLP
1600 West End Avenue, Suite 1400
Nashville, TN 37203
phil.kirkpatrick@arlaw.com
stacia.daigle@arlaw.com

Sarang Damle
Elana Nightingale Dawson
Latham & Watkins LLP
555 11th St., NW, Suite 1000
Washington, D.C. 20004
sy.damle@lw.com
elana.nightingaledawson@lw.com

Andrew Gass
Latham & Watkins LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111
andrew.gass@lw.com

this the 10th day of August, 2026.

s/ Tim Warnock